WCH:yw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20139-CR-MIDDLEBROOKS(s)



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VICTOR HUGO SERNA RAYO,

        Defendant.
_____/

**FINAL ORDER OF FORFEITURE**

Upon motion of the United States for entry of a final order of forfeiture pursuant to 21 U.S.C. § 853(n), upon a review of the docket in this matter and for good cause shown thereby, the Court hereby finds that:

1.    On February 28, 2007, this Court entered a Preliminary Order and Judgment of Forfeiture [DE# 313], condemning and forfeiting the interest of defendant VICTOR HUGO SERNA RAYO (hereinafter referred to as "defendant") in the following property to the United States of America pursuant to 18 U.S.C. § 982(a)(1):[1]

    A)    A sum of money equal to $150,000,000.00 in United States currency, representing the amount of money involved in the money laundering offense or proceeds obtained as a result of the illegal narcotics offenses, or conspiracy to commit such offense, for which the defendants are jointly and severally liable;

---

[1] Pursuant to 28 U.S.C. § 2461, as amended March 9, 2006, the procedures in 21 U.S.C. § 853, except for subsection (d), apply to the forfeiture under 18 U.S.C. § 982.

B) Real property located at 1333 Sago Lane, Weston, FL 33327, including all improvements, fixtures, and equipment found therein or thereon, and more particularly described as:

Lot 13, Block 4, Sector 2-Parcels 1,2,3,4,5,6,7, & 8, according to the plat thereof, as recorded in plat book 166, at page 29, Public Records of Broward County, Florida;

C) $90,000.00 in United States currency representing the amount of money involved in the money laundering offense or proceeds obtained as a result of the illegal narcotics offenses, or conspiracy to commit such offense;

D) $75,000.00 in United States currency that represents one-half (½) of the fair market value of Vic-Luz Enterprises, Inc., d/b/a Crystal Liquor; and

E) Funds in the sum of $51,000.00 contained in Regions Bank and held in Trust from the closing of a line of credit for Sago Lane, Weston, Florida 33327.

2. On March 12, 2007, notice to third parties known to have a legal interest in the property ordered forfeited was mailed as follows:

Bank of America, N.A.
6700 Lakeview Center Drive
Tampa, FL 33619

The return receipt, PS Form 3811, was signed as received on March 16, 2007.

3. On March 12, 2007, additional notice to other third parties known to have a legal interest in the property ordered forfeited was mailed as follows:

Wells Fargo Home Mortgage, Inc.
3601 Minnesota Drive, Suite 200
Bloomington, MN 55435

The return receipt, PS Form 3811, was returned to sender as unable to forward.

4. On March 16, 2007, additional notice to other third parties known to have a legal interest in the property ordered forfeited was mailed as follows:

Bank of America, N.A.
4161 Piedmont Parkway
Greensboro, NC 27410

The return receipt, PS Form 3811, was signed as received on March 23, 2007.

5. On March 16, 2007, additional notice to other third parties known to have a legal interest in the property ordered forfeited was mailed as follows:

Catalina Serna
1333 Sago Lane
Weston, FL 33327

The return receipt, PS Form 3811, was signed as received on March 21, 2007.

6. On March 19, 2007, additional notice to other third parties known to have a legal interest in the property ordered forfeited was mailed as follows:

Catalina Serna
602 Pigeon Plum Way
Weston, FL 33327

The return receipt, PS Form 3811, was signed as received on March 22, 2007.

7. On May 22, 2007, additional notice to other third parties known to have a legal interest in the property ordered forfeited was mailed using Federal Express to the following:

Custom Service Correspondence
W. F. Home Mortgage
1200 W. 7th Street L2-200
Los Angeles, CA 90017

8. On June 1, 2007, a Notice of Forfeiture of the property was published in the <u>Broward Daily Business Review</u>, a newspaper of general circulation. The published notice stated the intent

of the United States to forfeit all right, title and interest in, and to dispose of, the property identified in said Preliminary Order of Forfeiture; advised all third parties, if any, of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property; and set forth the requirement that anyone seeking to claim an interest in the property to be forfeited must file a petition in conformance with 21 U.S.C. § 853(n)(3), within thirty days after the earlier of the final date of publication of the notice or the receipt of actual notice.

9. The Proof of Publication of Notice of Forfeiture was filed with the Clerk of this Court on June 8, 2007. [DE# 358].

10. All persons known to the United States to have a legal interest in the property ordered forfeited have thereby been notified according to 21 U.S.C. § 853(n)(1).

11. As of the date of this motion, no person or entity other than Federal Home Loan Mortgage corporation ("Freddie Mac") acting as agent of Wells Fargo Home Mortgage, Inc. and Bank of America have filed a petition with the Court, pursuant to said Notice of Forfeiture and the United States is not aware of any other persons or entities, who have an interest of record in any other property identified in the Preliminary Order of Forfeiture in this action.

12. Freddie Mac and Bank of America have entered into Settlement, Indemnification and Hold Harmless Agreements with the United States in which the United States agreed to recognize the petitioner/lienholder's interest in the real property located at 1333 Sago Lane, Weston, FL 33327 ordered forfeited by this Court.

13. This Court has entered Orders adopting the Settlement, Indemnification and Hold Harmless Agreements.

Accordingly, pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(n) and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that all right, title and interest in the following property:

- A) A sum of money equal to $150,000,000.00 in United States currency, representing the amount of money involved in the money laundering offense or proceeds obtained as a result of the illegal narcotics offenses, or conspiracy to commit such offense, for which the defendants are jointly and severally liable;

- B) Real property located at 1333 Sago Lane, Weston, FL 33327, including all improvements, fixtures, and equipment found therein or thereon, and more particularly described as:

    Lot 13, Block 4, Sector 2-Parcels 1,2,3,4,5,6,7, & 8, according to the plat thereof, as recorded in plat book 166, at page 29, Public Records of Broward County, Florida;

- C) $90,000.00 in United States currency representing the amount of money involved in the money laundering offense or proceeds obtained as a result of the illegal narcotics offenses, or conspiracy to commit such offense;

- D) $75,000.00 in United States currency that represents one-half (½) of the fair market value of Vic-Luz Enterprises, Inc., d/b/a Crystal Liquor; and

- E) Funds in the sum of $51,000.00 contained in Regions Bank and held in Trust from the closing of a line of credit for Sago Lane, Weston, Florida 33327.

are hereby forfeited to and clear title vested in the United States of America.

The United States Marshals Service, or any other duly authorized law enforcement agents, shall dispose of the forfeited property in accordance with the law.

DONE AND ORDERED at Miami, Florida this __27__ day of __June__ 2008.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   AUSA William C. Healy (4 certified copies)